| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven J. Kahn (CA Bar No. 76933)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail: skahn@pszjlaw.com<br><br>*Attorney for* Plaintiffs | **FILED & ENTERED**<br><br>**JUN 12 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY llewis      DEPUTY CLERK |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.,*<br><br>Debtors. | CASE NO.:    2:18-bk-20151-ER<br>CHAPTER: 11<br>ADVERSARY NO.:    2:19-ap-01042-ER |
|---|---|
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation, ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation and ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE PROVIDER NETWORK, INC., a California corporation<br><br>Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This ____adversary proceeding_____
      (Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:                             Alternate mediator:

___Allan H. Ickowitz_____            ___Douglas M. Neistat_____
Name                                Name

___Nossaman LLP_____              ___Greenberg & Bass LLP_____
Firm name                           Firm name

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                Page 1                **F 702**
DOCS_LA:322333.1 89566/002


American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| 777 S. Figueroa Street, 34th Floor | 16000 Ventura Blvd., Suite 1000 |
| Address | Address |
| Los Angeles, CA  90017 | Encino, CA  91436 |
| City, state, zip code | City, state, zip code |
| (213) 612-7849 | (818) 382-6200 |
| Telephone | Telephone |
| (213) 612-7801 | (818) 986-6534 |
| Facsimile | Facsimile |
| aickowitz@nossaman.com | dneistat@greenbass.com |
| Email address | Email address |

The attorneys for the parties are:

| | |
|---|---|
| Attorney for ___Plaintiffs_____: | Attorney for ___Defendant_____: |
| Steven J. Kahn | Leslie A. Cohen |
| Name | Name |
| PACHULSKI STANG ZIEHL & JONES LLP | LESLIE COHEN LAW, PC |
| Firm name | Firm name |
| 10100 Santa Monica Blvd., 13th Floor | 506 Santa Monica Bl., Suite 200 |
| Address | Address |
| Los Angeles, CA  90067 | Santa Monica, CA 90402 |
| City, state, zip code | City, state, zip code |
| (310) 277-6910 | (310) 394-5900 |
| Telephone | Telephone |
| (310) 201-0760 | (310) 394-9280 |
| Facsimile | Facsimile |
| skahn@pszjlaw.com | leslie@lesliecohenlaw.com |
| Email address | Email address |

**[Attach additional page(s) if necessary.]**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

American LegalNet, Inc.
www.FormsWorkFlow.com

<u>Description of the Matter</u>:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   ☐ Objection to plan confirmation
   ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds:_____

8. ☒ Other. Please specify: Alleged breach of contract, wrongful setoff, turnover and violation of
   automatic stay_____


<u>Amount of money at issue in Matter</u>:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☒ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
   state amount: $ _____

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

American LegalNet, Inc.
www.FormsWorkFlow.com

10. ☐ Money not at issue.

Instructions from the Court:

1.    Re: filing and service of this Order:

a.   If Order is submitted to court by party(ies)

(1) For electronic submission of orders, refer to Section 4 of the Court Manual.

(2)  The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                     Page 3                          **F 702**
DOCS_LA:322333.1 89566/002

American LegalNet, Inc.
www.FormsWorkFlow.com

b.  <u>If Order is prepared by the judge:</u>

(1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):

(2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

(3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.      <u>Other: [Attach additional page(s) if necessary.]</u>_____

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

_____                    _____

Date: June 12, 2019

Ernest M. Robles
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March  2017*                                     Page 4                                     **F 702**
DOCS_LA:322333.1 89566/002

American LegalNet, Inc.
www.FormsWorkFlow.com

# EXHIBIT

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:  June  5 , 2019

Verity Health System of California, Inc.,
on behalf of itself and St. Vincent Medical
Center and St. Francis Medical Center
Printed name of party
By:  _ANITA  CHOU_
Signature of party

Date:  June 5, 2019

PACHULSKI STANG ZIEHL & JONES LLP
By:  Steven J. Kahn
Printed name of party's attorney

_/s/ Steven J. Kahn_
(Signature of party's counsel)

Date:  June ___, 2019

Heritage Provider Network, Inc.
(Name of party)
By: _____

(Signature of party)

Date:  June ___, 2019

LESLIE COHEN LAW, PC
By:  Leslie A. Cohen
(Name of party's counsel)

(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                          Page 5                          **F 702**
DOCS_LA:322333.1 89566/002

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: ___June ___, 2019___

Verity Health System of California, Inc.,
on behalf of itself and St. Vincent Medical
Center and St. Francis Medical Center
Printed name of party
By: _____

_____
Signature of party

Date: ___June 5, 2019___

**PACHULSKI STANG ZIEHL & JONES LLP**
By:  Steven J. Kahn
Printed name of party's attorney

_/s/ Steven J. Kahn_
(Signature of party's counsel)

Date: ___June 11, 2019___

___Heritage Provider Network, Inc.___
(Name of party)
By: _____

_____
(Signature of party)

Date: ___June ___, 2019___

**LESLIE COHEN LAW, PC**
By:  Leslie A. Cohen
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                    Page 5                                    **F 702**
DOCS_LA:322333.1 89566/002

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: ____June ___, 2019____

      Verity Health System of California, Inc.,
on behalf of itself and St. Vincent Medical
Center and St. Francis Medical Center
Printed name of party
   By: _____

_____
Signature of party

Date: ____June 5, 2019____

PACHULSKI STANG ZIEHL & JONES LLP
By:  Steven J. Kahn
Printed name of party's attorney

   /s/ Steven J. Kahn
(Signature of party's counsel)

Date: ____June ___, 2019____

    Heritage Provider Network, Inc.
(Name of party)
   By: _____

_____
(Signature of party)

Date: ____June ___, 2019____

LESLIE COHEN LAW, PC
By:  Leslie A. Cohen
(Name of party's counsel)

(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                              Page 5                              **F 702**
DOCS_LA:322333.1 89566/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)*

___June 12, 2019___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com

- Steven J Kahn    skahn@pszyjw.com

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On *(date)*   ___June 12, 2019___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator:    Allan H. Ickowitz, Nossaman LLP, 777 S. Figueroa Street, 34th Floor, Los Angeles, CA  90017
Alternate Mediator:    Douglas M. Neistat, Greenberg & Bass LLP, 16000 Ventura Blvd., Suite 1000, Encino, CA  91436
Honorable Barry Russell, Mediation Program Administrator - 255 E. Temple, Room 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)*   ___June 12, 2019___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

| **VIA HAND DELIVERY** | **VIA HAND DELIVERY** |
|---|---|
| Honorable Ernest M. Robles | Attn:  Daniel Koontz, Law Clerk to the |
| U.S. Bankruptcy Court | Honorable Ernest M. Robles |
| 255 E. Temple Street, Suite 1560 / Courtroom 1568 | U.S. Bankruptcy Court |
| Los Angeles, CA  90012 | 255 E. Temple Street, Suite 1560 / Courtroom 1568 |
| | Los Angeles, CA  90012 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2019 | MARY DE LEON | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.