1  Steven J. Kahn (CA Bar No. 76933)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California  90067
3  Telephone: 310/277-6910
   Facsimile:  310/201-0760
4  E-mail:  skahn@pszjlaw.com

5  Co-Counsel to Chapter 11 Debtors and
   Debtors In Possession
6

**UNITED STATES BANKRUPTCY COURT**

7  **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

8

| In re | Lead Case No. 2:18-bk-20151-ER |
|---|---|
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER; |
| Debtors and Debtors In Possession. | |
| ☐ Affects All Debtors<br>☒ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☒ Affects St. Francis Medical Center<br>☒ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC | Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>Adversary No. 2:19-ap-01042-ER<br><br>**STIPULATION REGARDING TIMING OF MEDIATION**<br><br>**[ORDER LODGED CONCURRENTLY HEREWITH]**<br><br><br>[No Hearing Required] |
| Debtors and Debtors In Possession. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:323669.1 89566/002

1
2
3
4

VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation, ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation and ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation,

Plaintiffs,

5    v.

6    HERITAGE PROVIDER NETWORK, INC., a California corporation,

7
8
Defendant.

9    The parties to this Stipulation, Plaintiffs, Verity Health System of California, Inc., St.

10    Vincent Medical Center, and St. Francis Medical Center, ("Plaintiffs"), on the one hand, and

11    Heritage Provider Network, Inc., ("Defendant"), on the other hand (Plaintiffs and Defendant

12    collectively, the "Parties"), hereby stipulate (the "Stipulation") as follows:

13    **RECITALS**

14    1.    At the initial Status Conference in this adversary proceeding on May 14, 2019, the

15    Parties advised the Court that they agreed to participate in mediation after sufficient discovery had

16    been completed.

17    2.    As reflected in the Court's Scheduling Order, as amended on July 19, 2019 [Docket

18    No. 31], the Court referred this matter to the Mediation Panel as of the date of the initial Status

19    Conference.

20    3.    In furtherance thereof, the Parties selected Alan Ickowitz as mediator, and he has

21    accepted that appointment.

22    On July 29, 2019, the Parties and the mediator conferred and determined that the Parties

23    would be prepared to participate in a mediation session on a date to be determined in late October –

24    early November 2019.

25    **STIPULATION**

26    1.    It is therefore stipulated between the Parties that a mediation of this adversary

27    proceeding shall proceed on a date to be determined by the Parties between October 28, 2019 and

28    November 15, 2019.

2

DOCS_LA:323669.1 89566/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    2.    So as to establish the timing of the Mediator's reporting obligations, the Parties

2  request a Court enter an order confirming the timing of the mediation.

3

4                                     PACHULSKI STANG ZIEHL & JONES LLP

5
   Dated: August 21, 2019                    */s/ Steven J. Kahn*
6                                     Steven J. Kahn
                                      Co-Counsel to Chapter 11 Debtors and
7                                     Debtors in Possession and Counsel for Plaintiffs

8

9  Dated:  August 20, 2019                   LESLIE COHEN LAW, PC

10

11                                    By:_____
                                         Leslie A. Cohen.
12                                       Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DOCS_LA:323669.1 89566/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): ***STIPULATION REGARDING TIMING OF MEDIATION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 21, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- **Steven J Kahn**    skahn@pszyjw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 21, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
Honorable Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2019 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**