Leslie A. Cohen, Esq. (SBN: 93698)
  leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
  jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

Attorneys for Defendant

FILED & ENTERED

NOV 20 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>　　Debtors and Debtors In Possession | Chapter 11<br><br>Lead Case No. 2:18-bk-20151-ER<br><br>Adversary No. 2:19-ap-01042-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation, ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation and ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>　　Plaintiffs,<br>v.<br><br>HERITAGE PROVIDER NETWORK, INC., a California corporation,<br><br>　　Defendant. | **ORDER APPROVING STIPULATION EXTENDING LITIGATION DEADLINES AND CONTINUING PRE-TRIAL CONFERENCE AND TRIAL WEEK DATES**<br><br>[No Hearing Required] |

The Court having considered the *Stipulation Extending Litigation Deadlines and Continuing Pre-Trial Conference and Trial Week Dates* ("**Stipulation**") the record in this case, and the Court finding notice of this matter is appropriate under the circumstances, for the reasons stated at the Conference and good cause appearing therefore:

-1-
**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is approved in its entirety;

2. The last day to disclose expert witness and expert witness reports is extended from January 15, 2020 to February 14, 2020;

3. The last day to disclose rebuttal expert witnesses and rebuttal expert witness reports is extended from February 14, 2020, to March 13, 2020;

4. The last day to complete discovery relating to expert witnesses, including hearings on motions related to expert discovery, is extended from March 13, 2020 to April 16, 2020;

5. The last day for dispositive motions to be heard is extended from February 24, 2020 to March 26, 2020;

6. The last day to complete discovery (except as to experts), including hearings on discovery motions is extended from March 18, 2020 to April 17, 2020;

7. The Pre-Trial Conference presently set for April 14, 2020 at 11:00 a.m. is continued to May 12, 2020 at 11:00 a.m.;

8. Trial, currently set for the week of April 27, 2020 is continued to the week of May 25, 2020;

9. All other terms and deadlines set forth in the Current Scheduling Order [Docket No. 40] are to remain in full force and effect;

10. This order is without prejudice to any party to seek further deadline, Pre-Trial or Trial Week extensions for good cause shown.

# # #

Date: November 20, 2019

Ernest M. Robles
United States Bankruptcy Judge