Steven J. Kahn (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: skahn@pszjlaw.com

Co-Counsel to Chapter 11 Debtors and
Debtors In Possession and Counsel for Plaintiffs

**FILED & ENTERED**

**JAN 09 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Adversary No. 2:19-ap-01042-ER<br><br>Chapter 11 |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation, ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation and ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>    Plaintiffs,<br>v.<br><br>HERITAGE PROVIDER NETWORK, INC., a California corporation,<br><br>    Defendant. | **ORDER ON STIPULATION EXTENDING LITIGATION DEADLINES AND CONTINUING PRE-TRIAL CONFERENCE AND TRIAL WEEK DATES**<br><br>[No Hearing Required] |

The Court, having read and considered the Stipulation Extending Litigation Deadlines and Continuing Pre-Trial Conference and Trial Week Dates (the "<u>Stipulation</u>") submitted by Plaintiffs and Defendant[1] in the above-encaptioned adversary proceeding, and good cause appearing therefore, it is ORDERED, ADJUDGED and DECREED as follows:

    1.    The Stipulation is approved.

    2.    The Current Scheduling Order [Docket No. 47] in this case shall remain in full force and effect except as revised below:

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Stipulation.

DOCS_LA:326831.1 89566/002

(a) The last day to complete discovery (except as to experts), including hearings on discovery motions be extended from April 17, 2020 to June 20, 2020;

(b) The last day to disclose expert witness and expert witness reports is extended from February 14, 2020 to June 25, 2020;

(c) The last day to disclose rebuttal expert witnesses and rebuttal expert witness reports be extended from March 13, 2020 to July 24, 2020;

(d) The last day to complete discovery relating to expert witnesses, including hearings on motions related to expert discovery, be extended from April 16, 2020 to August 25, 2020;

(e) The last day for dispositive motions to be heard be extended from March 26, 2020 to August 7, 2020;

(f) The Pre-Trial Conference presently set for May 12, 2020 at 11:00 a.m. be continued to September 15, 2020 ~~September 2, 2020~~ at 11:00 a.m.; and

(g) Trial, currently set for the week of May 25, 2020 be continued to the week of September 28, 2020. ~~September 14, 2020, or the next available trial week of the Court.~~

####

Date: January 9, 2020

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

2

DOCS_LA:326831.1 89566/002