Steven J. Kahn (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  skahn@pszjlaw.com

Co-Counsel to Chapter 11 Debtors and
Debtors In Possession

**FILED & ENTERED**

**MAR 15 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re | Case No. 2:18-bk-20151-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Chapter 11 |
| Debtors and Debtors In Possession. | Adversary No. 2:19-ap-01042-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation, ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation and ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation, | **ORDER ON STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |
| Plaintiffs, v. | |
| HERITAGE PROVIDER NETWORK, INC., a California corporation, | |
| Defendant. | |

1

DOCS_LA:336592.1 89566/003

The Court, having read the *Stipulation for Dismissal of Adversary Proceeding With Prejudice* [Doc. No. 62], and good cause appearing therefor,

IT IS ORDERED, ADJUDGED AND DECREED that the within adversary proceeding is dismissed with prejudice, each party to bear his or its own costs and expenses related thereto, including attorney's fees.

###

Date: March 15, 2021

Ernest M. Robles
United States Bankruptcy Judge

2

DOCS_LA:336592.1 89566/003